IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ,

    Petitioner,                      No. CIV S-07-0704 LKK EFB P

    vs.

BEN CURRY, Warden, et al.,

    Respondents.                ORDER

                             /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has paid the filing fee.

        Petitioner challenges a conviction in the Fresno County Superior Court, a claim arising out of a county venued in the Fresno portion of this district. Local Rule 3-120(d). Because this action should be transferred to Fresno, this court will defer ruling on petitioner's application for leave to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number;

/////

/////

1

1   3. The new case number is _____. All future filings shall bear the
2   new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 1, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE