# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ,<br><br>             Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>             Respondent. | 1:07-CV-00654 AWI NEW (DLB) HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION; DUE WITHIN TWENTY DAYS OF THE DATE OF SERVICE |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Upon examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature.  Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature.  In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

     In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is

1  GRANTED twenty (20) days from the date of service of this order to comply with the Court's
2  directive.
3      Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
4  the petition pursuant to Local Rule 11-110.
5      IT IS SO ORDERED.
6      Dated:   May 9, 2007              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE